# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANGELA MORALES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:22-cv-2061-KHV-KGG ) |
| 3102 51ST KCK LLC | ) ) |
| Defendant. | ) ) |

## ORDER TO SHOW CAUSE

Defendant, 3102 51st KCK LLC, filed a notice of removal (ECF No. 2) and Answer (ECF No. 3) on February 14, 2022. The attorney listed for Plaintiff is not currently registered with this Court and was notified via electronic mail. Pursuant to 28 U.S.C. § 1447, a motion to remand the case must be made "within 30 days after the filing of the notice of removal under section 1446(a)." Thirty days since the filing of the notice of removal has passed and no motion to remand has been filed. To date, Plaintiff's counsel has not entered an appearance nor contacted the Court.

Plaintiff is hereby ordered to show cause on or before **April 22, 2022**, why the undersigned Magistrate Judge should not recommend that this case be dismissed for failure to prosecute. Failure to respond to this order to show cause may result in the dismissal of this action pursuant to Rule 41(b).

**IT IS SO ORDERED.**

Dated March 17, 2022, at Wichita, Kansas.

s/ Kenneth G. Gale
Kenneth G. Gale
U.S. Magistrate Judge